```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY

-----------------------------X
MSA PRODUCTS INC.,

     Plaintiff,                    2:11-CV-5261WJM

v.
                                   ORDER OF DISMISSAL
NIFTY HOME PRODUCTS, et al

     Defendants.
-----------------------------X
```

The parties having notified the Court that this matter has been settled in its entirety, terms of the settlement placed on the record in open court,

It is on this 4th day of February, 2014

ORDERED that this matter is hereby dismissed.

 

s/William J. Martini

_____

WILLIAM J. MARTINI, U.S.D.J.